## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ACQUEST HOLDINGS, INC.

                              Plaintiff,          **Civil Action No. 16-CV-00212**

    -against-                               **NOTICE OF MOTION TO DISMISS PURSUANT TO FED.R.CIV.PRO. 12(B)(6)**

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

                              Defendant.

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Defendant, Travelers Casualty and Surety Company of America ("Travelers"), by and through its undersigned counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, will move this Court before the Honorable Elizabeth A. Wolford, U.S.D.J. at the Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614, on a date and time to be set by the Court, pursuant to Judge Wolford's Individual Rules and Procedures, for an Order dismissing the Plaintiff's Complaint, with prejudice, for failure to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

                              McElroy, Deutsch, Mulvaney & Carpenter, LLP

                              /s/ Adam R. Schwartz
                              Adam R. Schwartz
                              Wall Street Plaza
                              88 Pine Street, 24th Floor
                              New York, New York 10005
                              T. (212) 483-9490
                              F. (212) 483-9209
                              aschwartz@mdmc-law.com

Dated: New York, NY          *Attorneys for the Defendant,*
       March 17, 2016          *Travelers Casualty and Surety Company of America*