Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

Case Report No.: LLV140310001312

## Administrative

| | | | |
|---|---|---|---|
| Location | W ALEXANDER RD & N RANCHO DR   LAS VEGAS, NV | | Sector/Beat  X2 |
| Occurred On (Date / Time) | Saturday 1/1/2011 12:00:00 AM | Or Between (Date / Time) | |
| Reporting Officer | 04420 - O'Connell, C. | Reported On  3/10/2014 | |
| Entered By | 05407 - Knox, Y. | Entered On  3/10/2014 10:13:43 AM | |
| Related Cases | | Jurisdiction | Las Vegas, City of |

Traffic Report                Place Type                Accident Involved

## Offenses:

**THEFT - OVER $650  (F)**
Completed  **Yes**          Domestic Violence  **No**           Hate/Bias  **None (No Bias)**
Entry                       Premises Entered                   Type Security                      Tools
Weapons                                                        Location Type  **Other/Unknown**
Criminal Activities

## Victims:

**Name: ACQUEST**

Victim Type  **Business**            Written Statement                   Can ID Suspect
Victim of    **205.083 - THEFT - OVER $650  (F)**

DOB                    Age            Sex            Race
Height                 Weight                        Hair Color                     Eye Color
Employer/School
Occupation/Grade                                     Work Schedule
Injury                                               Injury Weapons

**Addresses**
Business           80 Curtwright Dr #5  WILLIAMSVILLE, NY  14221
**Phones**
Business/Work      716 204-3565

**Offender Relationships**
Notes:

**Name: HUNTRESS, WILLIAM**

Victim Type  **Individual**          Written Statement                   Can ID Suspect
Victim of    **205.083 - THEFT - OVER $650  (F)**

DOB                    Age            Sex  **Unknown**   Race  **Unknown**
Height                 Weight                        Hair Color                     Eye Color
Employer/School
Occupation/Grade  **OWNER**                          Work Schedule
Injury                                               Injury Weapons

**Addresses**
Residence          405 N Forest Rd  WILLIAMSVILLE, NY  14221
Business           80 Curtwright Dr #5  WILLIAMSVILLE, NY  14221
**Phones**
Home/Residence     716 204-3570
Business/Work      716 204-3565

The Use and Dissemination of this Record is Regulated by Law. Secondary Dissemination of any kind is Prohibited and could subject the offender to Criminal and Civil Liability.
This Information Released To: TRAVELERS Acquest Holdings / Acquest Vegas LLC
By: P14972D    Date: 05-22-15
Las Vegas Metro Police Dept.

## Suspects:

**Name: VANDERBURCH, BRIAN**
Alias:
Scope ID                    DOB                     Age  **UNK**   Race  **Unknown**
Sex  **Unknown**   Height       Weight              Hair Color                  Eye Color
Employer/School                                     Occupation/Grade

**Addresses**
Residence
**Phones**
Home/Residence
Business/Work
Notes:

Name: **WHITTLE, JEFF**
Alias:
Scope ID                    DOB                               Age  **UNK**      Race  **Unknown**
Sex  **Unknown**   Height           Weight              Hair Color                             Eye Color
Employer/School                                              Occupation/Grade

Addresses
Phones
Notes:

## Narrative

PR STATES HIS BUSINESS RECEIVE A PHONE CALL ABOUT A WEEK AGO FROM ( A PREVIOUS EMPLOYEE OF RDC) WHO CLAMS BRIAN VANDERBURCH HAD STOLL $200, 000-$300,000 FROM PR WHEN HE WORKED AS A PROJECT MANAGER FOR PR IN 2011.

PR STATES HE DID HAVE A PROJECT AT SEC OF N. RANCHO/ALEXANDER WHICH IS NOW A VA OUTPATIENT CLINIC IN WHICH BRIAN VANDERBURCH WAS THE PROJECT MANAGER.

PR REVIEWED THE PAPERWORK 4 INVOICES AND DISCOVERED FICTITIOUS INVOICES AND EXTERNAL OVERCHARGES PAID TO RDO.  PR STATES BRIAN VANDERBURCH WORKS FOR RDC.  ONE EXAMPLE, HE HAD WAS ONE OF THE COMPANIES.