**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ACQUEST HOLDINGS, INC.

                                    Plaintiff,         **Civil Action No. 16-CV-00212**

   -against-                                **RULE 7.1 CORPORATE**
                                                                            **DISCLOSURE STATEMENT**

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

                                    Defendant.

-------------------------------------------------------------------X

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

                                                            McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                                                s/ Adam R. Schwartz
                                                Adam R. Schwartz
                                                Wall Street Plaza
                                                88 Pine Street, 24th Floor
                                                New York, New York 10005
                                                T. (212) 483-9490
                                                F. (212) 483-9209
                                                aschwartz@mdmc-law.com

Dated: New York, NY                    *Attorneys for the Defendant,*
       April 19, 2016                    *Travelers Casualty and Surety Company of America*