UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ACQUEST HOLDINGS, INC.

                Plaintiff,

v.                                       **7.1 DISCLOSURE STATEMENT**

TRAVELERS CASUALTY AND        16-cv-00212
SURETY COMPANY OF AMERICA

                Defendant

---

        This Disclosure Statement is filed on behalf of plaintiff ACQUEST HOLDINGS, INC. which is a privately held corporation with no parent corporation. No publicly held corporation owns 10% or more of its stock.

Dated:      April 21, 2106.

                                                **HAGERTY & BRADY**

                               BY: s/ Michael A. Brady
                                   **Michael A. Brady, Esq.**
                                   Attorneys for Plaintiff
                                   69 Delaware Avenue, Suite 1010
                                   Buffalo, New York 14202
                                   (716) 856-9443